AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | May 17, 2010 |
| NAME OF SERVER (PRINT) CHARLES CHEATEM | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left copies with Lourdes Vina Representative of Redline Recovery Service's LLC.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $40.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 05-17-2010

Signature of Server: Charles Cheatem

Address of Server: 1023 Lois Pl

Subscribed and sworn to before me this 17th day of May, 2010 at Joliet, County of Will, State of Illinois.

Notary Public: Nora Contreras

"OFFICIAL SEAL"
NORA CONTRERAS
Notary Public, State of Illinois
My Commission Expires Dec. 01, 2012