**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BRIANNA GREENE, | ) | |
| Plaintiff, | ) | 1:10-cv-2756 |
| | ) | |
| v. | ) | Judge Gettleman |
| | ) | |
| REDLINE RECOVERY SERVICES, LLC, | ) | Magistrate Judge Cox |
| RESURGENT CAPITAL SERVICES, LP, AND | ) | |
| LVNV FUNDING, LLC, | ) | |
| Defendant. | ) | JURY DEMANDED |

### MOTION TO WITHDRAW OR STRIKE ERRONEOUS  AFFIDAVIT OF SERVICE

Plaintiff Brianna Greene respectfully requests that the Court permit her to withdraw the affidavit of service filed on May 19, 2010, docket item number 5, or alternatively strike that docket item.  In support of this motion, plaintiff states:

1.      Plaintiff Brianna Greene brought this FDCPA, TCPA and invasion of privacy action against several debt collectors, arising out of alleged collection activity directed at plaintiff when the collectors should have known that plaintiff was not the correct debtor.

2.      On May 19, 2010, plaintiff's counsel filed an affidavit of service received from a process server, indicating that defendant Redline had been served at CT Corporation Service. However, counsel has realized that Redline does not have a registered agent at CT Corp in Chicago; the registered agent is in Springfield, Illinois, instead.

3.      The affidavit of service should have indicated that defendant LVNV Funding, Inc. was served.

4.      Plaintiff therefore respectfully requests that the Court permit her to withdraw the affidavit of service as to Redline Recovery Services, LLC, docket item 5, or alternatively strike that docket item.

5.      This situation is the result of an inadvertent mistake, and is not the result of improper conduct.  Plaintiff's attorney has contacted an attorney for Redline Recovery Services, LLC, Jeff Pilgrim in Chicago, but Mr. Pilgrim, who has not yet filed an appearance, has indicated that Redline has no opinion regarding the motion at this time.

WHEREFORE, Plaintiff Brianna Greene respectfully requests that the Court permit her to withdraw the affidavit of service filed on May 19, 2010, docket item number 5, or alternatively strike that docket item.

Respectfully submitted,

/s/Alexander H. Burke

Alexander H. Burke
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

## CERTIFICATE OF SERVICE

Alexander H. Burke certifies that this document was sent via email to Michael Bahner, an in-house attorney for LVNV Funding, LLC and Resurgent Capital Services, LP at mbahner@resurgent.com, and to Jeff Pilgrim, who has indicated to plaintiff's counsel via email that he will be representing Redline Recovery Services, LLC at jpilgrim@gradypilgrim.com, on June 8, 2010.

/s/Alexander H. Burke