**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BRIANNA GREENE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 10-cv-2756 |
| | ) | |
| REDLINE RECOVERY SERVICE LLC, | ) | Judge Gettleman |
| RESURGENT CAPITAL SERVICES, LP, | ) | |
| AND | ) | |
| LVNV FUNDING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through counsel, hereby dismiss the present action with prejudice

pursuant to Fed. R. 41(a)(1)(ii).


BRIANNA GREENE

By: s/ Alexander Holmes Burke

Alexander Holmes Burke
Burke Law Offices LLC
155 N. Michigan Ave. Suite 9020
Chicago, IL 60601
Phone No:  (312) 729-5288
Fax: (312) 729-5289
E-mail: aburke@burkelawllc.com


REDLINE RECOVERY SERVICE LLC,
RESURGENT CAPITAL SERVICES, LP,
AND
LVNV FUNDING, LLC

By: s/ Nabil G. Foster (with consent)

David M. Schultz
James C. Vlahakis
Nabil G. Foster
Attorneys for Defendants
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
Phone No:  (312) 704-3000
Fax No:  (312) 704-3001
E-mail: dschultz@hinshawlaw.com
nfoster@hinshawlaw.com
jvlahakis@hinshawlaw.com