UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
Eastern Division

Brianna Greene

                            Plaintiff,

v.                                           Case No.: 1:10−cv−02756
                                                    Honorable Robert W. Gettleman

Redline Recovery Services, LLC, et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 22, 2010:

      MINUTE entry before Honorable Robert W. Gettleman: On stipulation, this action is dismissed with prejudice pursuant to FRCP 412(a)(1)(ii). Motion for extension of time [28] is withdrawn. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.